JS-6

EILEEN M. DECKER
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| MUFG UNION BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> THOMAS J. BROOKS; JENNIFER S. BROOKS; THE UNITED STATES OF AMERICA; STATE OF CALIFORNIA FRANCHISE TAX BOARD; ALL OTHER PERSONS UNKNOWN CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE REAL PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S OWNERSHIP INTEREST OR ANY CLOUD ON PLAINTIFF'S RIGHT THERETO; | Case No.: 8:16-cv-2241 DOC(DFM) <br><br> Order remanding this case to the Superior Court of the State of California for the County of Orange [9] |

1

AND DOES 1 THROUGH 50

    Defendants

Based on the stipulation of MUFG Union Bank, Plaintiff, and the United States of America, Defendant, it is ordered that:

1. This case is remanded to the Superior Court of the State of California for the County of Orange. The case number of the proceeding in state court is 30-2016-00882235-CU-OR-CJC.

2. The scheduling conference scheduled for March 6, 2017, at 8:30 a.m. is taken off calendar.

IT IS SO ORDERED.

Dated: February 14, 2017

                                      */s/ David O. Carter*

                                      DAVID O. CARTER

                                      UNITED STATES DISTRICT JUDGE